Orders.

COMMONWEALTH *vs.* LEONARD MONIZ. Reported below: 43 Mass. App. Ct. 913 (1997).

COMMONWEALTH *vs.* SAVEAN LY. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* NORMAN M. SILVIA, SECOND. Reported below: 43 Mass. App. Ct. 1111 (1997).

COMMONWEALTH *vs.* RICHARD ST. GERMAINE. Reported below: 43 Mass. App. Ct. 1109 (1997).

COMMONWEALTH *vs.* ALFONSO WILLIAMS. Reported below: 43 Mass. App. Ct. 1108 (1997).

KIMBERLY DRAPER *vs.* KIDS "R" US. Reported below: 43 Mass. App. Ct. 1109 (1997).

EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD. & others *vs.* HOECHST CELANESE CORPORATION. Reported below: 43 Mass. App. Ct. 465 (1997).

MARK LEVY, trustee, *vs.* PATRICIA REARDON, trustee, & others. Reported below: 43 Mass. App. Ct. 431 (1997).

QUENTIN MILES *vs.* COMMISSIONER OF INSURANCE & others. Reported below: 43 Mass. App. Ct. 1107 (1997).

ADE G. OYEGBOLA *vs.* EUGENE A. DeSIMONE & another. Reported below: 43 Mass. App. Ct. 1112 (1997).

TOWN OF SWANSEA *vs.* CONTRIBUTORY RETIREMENT APPEAL BOARD & others. Reported below: 43 Mass. App. Ct. 402 (1997).

PAUL W. TUNNICLIFF *vs.* DEPARTMENT OF EMPLOYMENT & TRAINING. Reported below: 35 Mass. App. Ct. 945 (1994).


October 28, 1997

*Further appellate review granted:*

COMMONWEALTH *vs.* FRANK ROSADO. Reported below: 43 Mass. App. Ct. 381 (1997).

THE DIBIASE CORPORATION *vs.* LISA JACOBOWITZ & others, trustees. Reported below: 43 Mass. App. Ct. 361 (1997).

ST. PAUL SURPLUS LINES INSURANCE COMPANY & another *vs.* FEINGOLD & FEINGOLD INSURANCE AGENCY, INC. Reported below: 43 Mass. App. Ct. 1105 (1997).

*Further appellate review denied:*

ADOPTION OF KRISTIN (and two companion cases). Reported below: 43 Mass. App. Ct. 915 (1997).

PHYLLIS ASSETTA & another *vs.* SAFETY INSURANCE COMPANY. Reported below: 43 Mass. App. Ct. 317 (1997).

STEPHEN W. BISSON *vs.* PLANNING BOARD OF DOVER. Reported below: 43 Mass. App. Ct. 504 (1997).

CHARLES BOYD *vs.* METHUEN CONSTRUCTION COMPANY & others. Reported below: 42 Mass. App. Ct. 1124 (1997).

COMMONWEALTH *vs.* MARIO BURNS. Reported below: 43 Mass. App. Ct. 263 (1997).

COMMONWEALTH *vs.* DAVID G. CHARTRAND. Reported below: 43 Mass. App. Ct. 1108 (1997).

COMMONWEALTH *vs.* JAMES CROWLEY (and four companion cases). Reported below: 43 Mass. App. Ct. 919 (1997).

COMMONWEALTH *vs.* JOSEPH JOHNSON. Reported below: 43 Mass. App. Ct. 509 (1997).

COMMONWEALTH *vs.* HECTOR A. MARTINEZ. Reported below: 43 Mass. App. Ct. 408 (1997).

COMMONWEALTH *vs.* ANDRE POWELL. Reported below: 43 Mass. App. Ct. 1107 (1997).